EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Colegio de Abogados de Puerto Rico<br><br>Querellante<br><br>v.<br><br>Rafael Cirino López<br><br>Querellado | 2010 TSPR 99<br><br>179 DPR \_\_\_\_ |

Número del Caso: TS-14,976

Fecha: 4 de junio de 2010

Colegio de Abogados de Puerto Rico:

      Lcdo. Israel Pacheco Acevedo

Materia: Conducta Profesional – La Suspensión será efectiva el 17 de junio de 2010 fecha en que se le notificó al abogado de suspensión inmediata del ejercicio de la notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Colegio de Abogados de
Puerto Rico

     Querellante

      v.                           TS-14976

Rafael Cirino López

     Querellado


RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de junio de 2010.

El 25 de enero de 2010 emitimos una orden para que el Lcdo. Rafael Cirino López mostrara causa por la cual no deberíamos suspender del ejercicio de la notaría, por tener al descubierto la fianza notarial. El notario no compareció. Por consiguiente, procedemos según intimado. Se suspende indefinidamente y de inmediato al querellado, Rafael Cirino López, del ejercicio de la notaría.

El Alguacil de este Tribunal deberá incautarse del sello y la obra notarial del abogado suspendido, debiendo entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal.

Notifíquese personalmente.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez y la Jueza Asociada señora Pabón Charneco no intervinieron.


               Aida Ileana Oquendo Graulau
              Secretaria del Tribunal Supremo